**United States Bankruptcy Court**
**Southern District of Mississippi**

**IN RE:**                                                                  Case No. **13-51591-KMS**

**Anderson, William D.**                                            Chapter **7**

Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **August 19, 2013**       Signature: */s/ William Anderson*
                                                                         **William Anderson**       Debtor

Date:                              Signature:
                                                                             Joint Debtor, if any

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| ANDERSON WILLIAM D<br>16208 HENRI CT<br>BILOXI MS   39532 | DR ROBERT TERRELL<br>SUITE 220<br>1720-A MEDICAL PARK DRIVE<br>BILOXI MS   39532 | MEMORIAL HOSPITAL<br>PO BOX 1810<br>GULFPORT MS   39502 |
| SHARI HERRING ATTORNEY AT LAW<br>POST OFFICE BOX 7812<br>GULFPORT MS   39506 | DR SCOTT GIOE MD<br>4500 W RAILROAD ST<br>GULFPORT MS   39501 | SALLIE MAE<br>BANKRUPTCY NOTICES<br>PO BOX 9430<br>WILKES BARRE PA   18773-9430 |
| CEDAR LAKE OPEN MRI<br>1720-C MEDICAL PARK DR<br>BILOXI MS   39532 | FRIGO ORTHODONTICS<br>SUITE C<br>382 COURTHOUSE ROAD<br>GULFPORT MS   39507 | SALLIE MAE<br>C/O CROCKETT LINDSEY ASST US<br>1575 20TH AVE; 2ND FL<br>GULFPORT MS   39501 |
| CENTERPOINT ENERGY<br>PO BOX 1700<br>HOUSTON TX   77251-1700 | GE CAPITAL RETAIL BANK<br>PO BOX 103104<br>ROSWELL GA   30076-9104 | SANTANDER CONSUMER USA<br>PO BOX 961245<br>FT WORTH TX   76161-1245 |
| DEBT MANAGEMENT SERVICES-TREAS<br>PO BOX 830794<br>BIRMINGHAM AL   35283-0794 | GULF SOUTH SURGERY CENTER<br>1206 31ST AVE<br>GULFPORT MS   39501 | SBA<br>C/O CROCKETT LINDSEY ASST US<br>1575 20TH AVENUE; 2ND FL<br>GULFPORT MS   39501 |
| DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON MS   39225-2808 | GULFPORT ANESTHESIA SERVICES<br>15190 COMMUNITY RD; #230A<br>GULFPORT MS   39503 | SMALL BUSINESS ADMINISTRATION<br>BANKRUPTCY DEPT<br>801 TOM MARTIN DR; STE 120<br>BIRMINGHAM AL   35211 |
| DEPT OF REVENUE<br>C/O CROCKETT LINDSAY ASST US<br>1575 20TH AVE 2ND FL<br>GULFPORT MS   39501 | IRS<br>INSOLVENCY UNIT<br>PO BOX 7346<br>PHILADELPHIA PA   19101-7346 | WELLS FARGO HOME MORTGAGE<br>BANKRUPTCY DEPT<br>PO BOX 10335<br>DES MOINES IA   50306 |
| DR BRUNI<br>SUITE A<br>9454 THREE RIVERS ROAD<br>GULFPORT MS   39503 | IRS<br>C/O CROCKETT LINDSEY ASST US<br>1575  20TH AVENUE; 2ND FL<br>GULFPORT MS   39501 | |
| DR CHARLES LOBRANO<br>SUITE 230A<br>15190 COMMUNITY ROAD<br>GULFPORT MS   39503 | KEESLER FCU<br>BANKRUPTCY DEPT<br>PO BOX 7001<br>BILOXI MS   39534 | |