IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**In re:**

                                                                            **Bankruptcy No. 13-51591-KMS**

**WILLIAM D. ANDERSON**                                                        **Debtor**

---

## AMENDED MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW the Creditor Sherri B. Anderson, and through counsel respectfully moves this Court for Relief From the Automatic Stay so that she may pursue previously filed Motions for Contempt and to Enforce Child Custody and Property Settlement Agreement in the Chancery Court of Hancock County, Mississippi. In support thereof, the Creditor submits as follows:

1. For the reasons more thoroughly stated in the accompanying Memorandum of Authorities in Support of the Motion for Relief from the Automatic Stay, the Creditor respectfully submits that she is entitled to relief from the Automatic Stay Provision. Certain debts that the Debtor is seeking to discharge are obligations of child support and thus are not dischargeable under 11 U.S.C.S. § 362(b)(A)

2. In further support thereof, the Creditor attaches:

    a. The Judgment of Divorce (Exhibit "A")

    b. Child Custody and Property Settlement Agreement (Exhibit "B")

    c. Schedule H of the Debtors Bankruptcy Filings (Exhibit "C")

    d. Schedule F of the Debtors Bankruptcy Filings (Exhibit "D")

WHEREFORE PREMISES CONSIDERED the Creditor respectfully submits that the Creditor Sherri B. Anderson should be granted relief from the automatic stay provision in the above referenced matter so that she may renew and pursue previously filed motions in the Chancery Court.

RESPECTFULLY SUBMITTED this the 2nd day of April, 2014.

PLAINTIFF, SHERRI ANDERSON

/s/ Edward Gibson
BY: EDWARD GIBSON, ESQ., MSB# 100640
HAWKINS | GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
(228) 467-4225; Fx: (228) 467-4212

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that on this day I caused to be served via U.S. First Class Mail, postage prepaid, a true and correct copy of the foregoing *Motion for Relief from Automatic Stay* to all known parties of record as indicated below.

William D. Anderson
16208 Henri Court
Biloxi, MS 39532

SO CERTIFIED, this the 2nd day of April, 2014.

/s/ Edward Gibson
Edward Gibson, Esq.